United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALKIAT GILL, BY AND THROUGH HIS POWER OF ATTORNEY, TARANJIT DEOL

Plaintiff,

v.

EVERBRIGHT, LLC

Defendant.

Case No. 3:26-cv-04545-CRB

~~[PROPOSED]~~ STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

WHEREAS, Plaintiff Malkiat Gill, by and through his Power of Attorney, Taranjit Deol ("Plaintiff"), filed his First Amended Complaint ("FAC") on June 26, 2026;

WHEREAS, Plaintiff has previously granted EverBright, LLC ("Defendant" or "EverBright") a two-week extension to respond to the First Amended Complaint, with a new deadline of July 24, 2026, to allow the parties additional time to meet and confer regarding outstanding issues;

WHEREAS, EverBright has filed a Petition to Compel Arbitration and Stay Proceedings which is scheduled for a hearing on August 28, 2026 at 10:00 a.m.;

WHEREAS, the parties wish to defer the filing of a responsive pleading to the FAC until after a ruling on the pending Petition to Compel Arbitration and Stay Proceedings is issued;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant EverBright, LLC to answer, move, or otherwise respond to the First Amended Complaint is extended to ten (10) days following the Court's ruling on the pending Petition to Compel Arbitration and Stay Proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 16, 2026

*__/s/ Kristin Kemnitzer__*

Kristin Kemnitzer (SBN 278946)
Adam J. McNeile (SBN 280296)
Malachi J. Haswell (SBN 307729)
Katherine Sass (SBN 326185)
**KEMNITZER, BARRON & KRIEG, LLP**
1120 Mar West St., Ste. C-2

Tiburon, CA 94920
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
kristin@kbklegal.com
adam@kbklegal.com
kai@kbklegal.com
katie@kbklegal.com
Attorney for Plaintiff

DATED: July 16, 2026

*_/s/ Julia M. Beckley_*

Scott J. Hyman (SBN 148709)
Kristin L. Walker-Probst (SBN 206389)
**WOMBLE BOND DICKINSON (US) LLP**
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
Scott.Hyman@wbd-us.com
Kristin.Walker-Probst@wbd-us.com

Julia M. Beckley (SBN 247493)
**WOMBLE BOND DICKINSON (US) LLP**
717 Texas Ave., Suite 2100
Houston, TX 77002
Telephone: (346) 998-7801
Facsimile: (346) 998-5901
Julia.Beckley@wbd-us.com

Attorneys for Defendant
EVERBRIGHT, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 17, 2026

Charles R. Breyer
United States District Judge