**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Malkiat Gill, by and through his Power of Attorney, Taranjit Deol<br><br>Plaintiff,<br><br>v.<br><br>EverBright, LLC,<br><br>Defendant. | Case no.: 3:26-cv-04545-CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT EVERBRIGHT, LLC'S MOTION FOR LEAVE TO ALLOW REMOTE TESTIMONY AND APPEARANCE AT SEPTEMBER 22, 2026 EVIDENTIARY HEARING** |

Having considered Defendant EverBright, LLC's Motion for Leave to Allow Remote Testimony and Appearance at September 22, 2026 Evidentiary Hearing ("Motion"), the papers submitted in support thereof, and the record in this action, the Court finds good cause for the requested relief.

IT IS HEREBY ORDERED that Defendant EverBright's Motion is GRANTED.

Defendant's witness, Cassandra Mercado, may appear and testify remotely by contemporaneous videoconference at the evidentiary hearing scheduled for September 22, 2026.

The witness shall testify under oath and remain subject to cross-examination and any additional procedures directed by the Court.

Defendant's in-house counsel may appear remotely to observe the evidentiary hearing scheduled for September 22, 2026.

**IT IS SO ORDERED.**

Dated: September 14, 2026

Hon. Charles R. Breyer
United States District Judge